AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

KEVIN GILL AND SIERRA WHITLEY
*Plaintiff*
v.
THE CITY OF NEW YORK, ET AL.,
*Defendant*

Civil Action No. 16-cv-1398 (LDH)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pro Se, Kevin Gill and Sierra Whitley
2362 Atlantic Avenue
Brooklyn, NY 11233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Date: 04/11/2016

S. GALEANO
*Signature of Clerk or Deputy Clerk*

16-cv-1398 (LDH)

1) City of New York

2) Police Officer Dawkins
73rd Precinct
1470 E. New York Avenue
Brooklyn, NY 11212

3) Police Officer Agard
73rd Precinct
1470 E. New York Avenue
Brooklyn, NY 11212

4) Sergeant Haug
73rd Precinct
1470 E. New York Avenue
Brooklyn, NY 11212